ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| MARIA DePANTOJA, | |
| Plaintiff, | CASE NO: CIV-F 06-0454 OWW DLB |
| vs | STIPULATION and ORDER to EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from October 13, 2006 to November 13, 2006.

This is the Plaintiff's first request for an extension of time in this case.  The Plaintiff needs more time to prepare the Opening Brief.

                Respectfully submitted,

                /s/ Robert D. Christenson

Dated:   September 26, 2006        ROBERT D. CHRISTENSON
                                          Attorney for Plaintiff

Dated: September 27, 2006                    **McGREGOR W. SCOTT**
                                             United States Attorney


                                             /s/ Kimberly A. Gaab
                                             _____
                                             **KIMBERLY A. GAAB**
                                             Assistant U.S. Attorney


    IT IS SO ORDERED.

  **Dated:**   **September 28, 2006**                    **/s/ Dennis L. Beck**
3c0hj8                                       UNITED STATES MAGISTRATE JUDGE